UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| INGRID VANESSA ZETINO JACO (A# 245-415-399),<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No.  1:26-cv-02534-DC-SCR<br><br><br>ORDER |

Petitioner, an immigration detainee who is representing herself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 along with a motion to appoint counsel.  ECF Nos. 1, 2.  Respondent responded to the petition by filing a motion to dismiss.  ECF No. 7.

In light of the complexity of the legal issues involved, the court has determined that the interests of justice require the appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Therefore, the Court grants the pending motion for the appointment of counsel.  ECF No. 2.  Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan via email at sher@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the court hereby authorizes them to serve as *pro hac vice* CJA counsel for

1

petitioner for the duration of the proceedings in this court pursuant to Local Rule 180(b)(1), *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.  If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the court hereby authorizes said counsel's *pro hac vice* admission to practice before this court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to appoint counsel (ECF No. 2) is GRANTED.

2. Within seven days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Shelly Her, Courtroom Deputy for Magistrate Judge Sean Riordan via email at sher@caed.uscourts.gov who shall update the docket to reflect counsel's appointment.

3. The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment, along with a copy of the § 2241 petition.

4. Based on the appointment of counsel, the court sua sponte grants petitioner leave to file an amended § 2241 petition within 21 days from the date of this order.  Within 7 days from petitioner's filing, respondent shall file either an amended answer/return or a notice indicating that they will stand on the previously filed motion to dismiss.  Petitioner shall have 3 days from the date of respondent's answer/return or notice to file a reply.  If the parties agree on a different briefing schedule, they may submit a joint proposed order to the court based on their stipulation.

5. Having reviewed the records attached to respondent's answer/return, the undersigned further directs the parties to brief whether petitioner's detention violates his substantive due process rights using the five-factor test described in Doe v. Chestnut, 810

////

////

////

////

2

6.    F.Supp.3d 1169 (E.D. Cal. 2025), in addition to fully briefing all other claims and issues that the parties wish to present.

DATED: April 27, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE