UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID VANESSA ZETINO JACO (A# 245-415-399),<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN,<br><br>                    Respondent. | No.  1:26-cv-02534 DC SCR<br><br><br>ORDER |

Petitioner is a federal immigration detainee proceeding through appointed counsel with a habeas corpus action pursuant to 28 U.S.C. § 2241.  The Parties have filed a stipulation for a revised briefing schedule.  ECF No. 13.  Good cause appearing, the undersigned adopts the following as a revised briefing schedule:

1.     Petitioner shall file an amended § 2241 petition by June 22, 2026.

2.     Respondent shall file an answer/return to the amended petition by June 29, 2026.

3.     Petitioner may file a reply/traverse to Respondent's answer/return by July 1, 2026.

IT IS SO ORDERED.

DATED: June 16, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE